| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424 |
| | Federal Defender |
| 2 | COURTNEY FEIN, Bar #244785 |
| | Designated Counsel for Service |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, California 95814 |
| 4 | (916) 498-5700 |
| 5 | Attorney for Defendant |
| | ERNESTO ACOSTA-CANTABRANA |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR.S-11-445-MCE |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER; CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| v. | ) | |
| ERNESTO ACOSTA-CANTABRANA, | ) | Date: January 5, 2012 |
| | ) | Time: 9:00 a.m. |
| Defendant. | ) | Judge: Hon. Morrison C. England, Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHELE BECKWITH, Assistant United States Attorney, attorney for Plaintiff, and COURTNEY FEIN, attorney for ERNESTO ACOSTA-CANTABRANA, that the status conference hearing date of December 1, 2011 be vacated, and the matter be set for status conference on January 5, 2012, at 9:00 a.m.

The reason for this continuance is to allow defense counsel additional time to review the discovery, consult with her client, examine possible defenses, and continue investigating the facts of the case.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including January 5, 2012, pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

DATED: November 22, 2011.                    Respectfully submitted,

                                             DANIEL J. BRODERICK
                                             Federal Public Defender

                                             /s/ Courtney Fein
                                             COURTNEY FEIN
                                             Assistant Federal Defender
                                             Designated Counsel for Service
                                             Attorney for Elisandro Fuentes-Lopez

DATED: November 22, 2011.                    BENJAMIN WAGNER
                                             United States Attorney

                                             /s/ Michele Beckwith
                                             MICHELE BECKWITH
                                             Assistant U.S. Attorney
                                             Attorney for Plaintiff

ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the December 1, 2011, status conference hearing be continued to January 5, 2012, at 9:00 a.m. Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time up to and including the January 5, 2012 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated: November 22, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE